535 A.2d 1051

**Ramon GONZALEZ**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1987.

Decided Jan. 19, 1988.

James K. Bradley, Asst. Counsel, Clifford F. Blaze, Deputy Chief Counsel, Peter C. Layman, Harrisburg, Jonathan Zorach, Lancaster, for appellant.

Robert David Bacher, Lancaster, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.